IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Roslyn Hale,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mayor and City Council of<br>Baltimore City, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00503 SAG |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
DEFENDANT FERNANDO MOORE, JR.

Defendant Fernando Moore, Jr., by his undersigned counsel, hereby moves for the withdrawal of counsel Kathleen Cahill. New counsel William R. Buie III has entered his appearance.

　　　　　　　　　　　　　　　　　　__/S/_____
　　　　　　　　　　　　　　　　　　Kathleen Cahill
　　　　　　　　　　　　　　　　　　Law Offices of Kathleen Cahill, LLC
　　　　　　　　　　　　　　　　　　15 East Chesapeake Avenue
　　　　　　　　　　　　　　　　　　Towson, MD  21286
　　　　　　　　　　　　　　　　　　410-321-6171

　　　　　　　　　　　　　　　　　　Attorney for Defendant Moore