IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Roslyn Hale,

    Plaintiff,

v.

Mayor and City Council of
Baltimore City, et al.,

    Defendants.

Case No.: 1:20-cv-00503 SAG

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT FERNANDO MOORE, JR.

UPON CONSIDERATION of the Motion for Leave to Withdraw as Counsel for Defendant Fernando Moore Jr., and with the entry of appearance of new counsel William R. Buie III, the Motion for Leave to Withdraw as Counsel for Defendant Fernando Moore Jr. is Granted.

_____
Judge Stephanie A. Gallagher